Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | COMPLAINT<br>Page 1 of 3 pages | CASE NO.<br>22-416 C2 |
|---|---|---|

**Court address**
45th Circuit Court 125 W. Main St. Centreville, MI 49032

Assigned to HON. PAUL STUTESMAN

**Court telephone no.**
(269) 467-5542

**Plaintiff's name(s), address(es), and telephone no(s).**
Bryan Trouten
P.O. Box 344
235 S. 3rd Street
Burr Oak, MI 49030

v

**Defendant's name(s), address(es), and telephone no(s).**
Ballotpedia
8383 Greenway Blvd.
Suite 600
Middleton, WI 53562
(608) 255-0688

EXHIBIT
BALLOTPEDIA 1

**Plaintiff's attorney, bar no., address, and telephone no.**
Bryan Trouten
P.O. Box 344
235 S. 3rd Street
Burr Oak, MI 49030
(269) 689-0560

Dear Ballotpedia,

Ballotpedia is a respected professional and has spent their life building a positive reputation. Nevertheless, we have been informed that you have been maliciously spreading inaccurate and unfounded information that is damaging to their personal and professional character.

Under the laws in the State of Wisconsin, it is unlawful for an individual to make deliberate statements that intend to harm the reputation of another party without factual evidence or based on hearsay.

The defamatory statements include, but are not limited to, the following: The website called Ballotpedia has withdrew the "Bryan Trouten for United States House of Representatives Campaign" on there website. They are claiming that he withdrew his campaign when in theory, he didn't even contact this company on this situation.

He states that he never contacted them about withdrawing from the 2022 Michigan Congressional race within the 5th district. Bryan Trouten actually filled out, as well as filed his two "Affidavit of Identity and Receipt of filing" dated on 02/15/2022 after the State of Michigan told him what to submit to "The State of Michigan's Election Department" via phone on three different occasions. He then, went as far as filing his "Write-In Candidate Declaration of Intent" dated on 04/01/2022. All three of those documents were motarized by two different notaries that reside in The State of Michigan. Those articles were then mailed and submitted before the April 19th, 2022 deadline.

Bryan Trouten has since received a great deal of backlash on this costly mistake made by Ballotpedia. Therefore, he is seeking five million dollars in this defamation as well as Libel and/or slanderous suit that continues to harm his reputation going forward into the 2022 primary election.

If you do not comply with this Complain, then a civil lawsuit may be filed in the proper jurisdiction seeking monetary damages as well as pursuing all available legal remedies for your defamation of character against Mr. Bryan Trouten.

06/15/2022
Date

Bryan Trouten
Signature

MC 01a (6/19) COMPLAINT

| SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | **SUMMONS** | CASE NO.<br>22-416 CZ |

Court address: 45th Circuit Court 125 W. Main St. Centreville MI, 49032

Assigned to HON. PAUL STUTESMAN

Court telephone no. (269) 467-5542

Plaintiff's name(s), address(es), and telephone no(s).
Bryan Trouten
P.O. Box 344
235 S. 3rd Street
Burr Oak, MI 49030

v

Defendant's name(s), address(es), and telephone no(s).
Ballotpedia
8383 Greenway Blvd
Suite 600
Middleton, WI 53562
(608) 255-0688

Plaintiff's attorney, bar no., address, and telephone no.
Bryan Trouten
P.O. Box
235 S. 3rd Street
(269) 689-0560

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**
☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.
☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.
☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**
☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☑ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☑ this court, ☑ St. Joseph County Michigan 45th Circuit Court ~~Court, where~~ it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

**SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk Lindsay Oswald |
|---|---|---|
| June 15, 2022 | September 14, 2022 | Amanda Vy, Deputy |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (9/19) **SUMMONS** MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

| SUMMONS |
|---|
| Case No. |

**PROOF OF SERVICE**

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE**

☐ **OFFICER CERTIFICATE**   OR   ☐ **AFFIDAVIT OF PROCESS SERVER**

I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required)

Being first duly sworn, I state that I am a legally competent adult, and I am not a party or an officer of a corporate party (MCR 2.103[A]), and that: (notarization required)

☐ I served personally a copy of the summons and complaint,
☑ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with  Notice to Cease and Desist, Judgement Civil
List all documents served with the summons and complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Ballotpedia | 8383 Greenway Blvd, Suite 600<br>Middleton WI 53562 | 06/15/2022 |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |
| | | |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled Fee | | Signature |
|---|---|---|---|
| $ | $ | | |
| Incorrect address fee | Miles traveled Fee | TOTAL FEE | Name (type or print) |
| $ | $ | $ | |
| | | | Title |

Subscribed and sworn to before me on _____, _____ County, Michigan.
                                     Date

My commission expires: _____  Signature: _____
                       Date                       Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                    Attachments
_____ on _____
                                            Day, date, time
_____ on behalf of _____
Signature