UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN TROUTEN,

    Plaintiff,

File no: 1:22-cv-696

v.

HON. ROBERT J. JONKER

BALLOTPEDIA,

    Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 27, 2022 (ECF No. 8). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss for failure to state a claim upon which relief can be granted (ECF No. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated: October 19, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE