UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN TROUTEN,

    Plaintiff,

v.

    File No: 1:22-cv-696

    HON. ROBERT J. JONKER

BALLOTPEDIA,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

The Court has reviewed a filing submitted by Plaintiff that the Court will construe as a motion for reconsideration of its Order Approving Report and Recommendation (ECF No. 9) and its Order Overruling Belated Objection (ECF No. 13). Plaintiff having raised no new issues not already considered by this Court, and having failed to convince the Court that its prior rulings were erroneous, the Court hereby **DENIES** Plaintiff's motion for reconsideration and reaffirms its orders dated October 19, 2022 and October 20, 2022.

Dated:    November 16, 2022    /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE